THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BELKYS XIOMARA ACOSTA, | : |
| Plaintiff, | : |
| v. | : 3:18-CV-2136 |
| | : (JUDGE MARIANI) |
| ANDREW SAUL,[1] | : |
| Commissioner of Social Security, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 30th DAY OF DECEMBER, 2019, upon review of Magistrate Judge Mehalchick's Report & Recommendation ("R&R") (Doc. 15) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 15) is **ADOPTED** for the reasons discussed therein.

2. Plaintiff's Appeal is **DENIED**.

3. The Commissioner of Social Security's decision is **AFFIRMED**.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the Court has replaced former Acting Commissioner of Social Security, and named Defendant, Nancy Berryhill, with Andrew Saul, the current Commissioner of Social Security.